(June 14, 1990)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN KOWALCZYK, Appellant.—Casey, J. Appeal from a judgment of the County Court of Schenectady County (Harrigan, J.), rendered March 27, 1987, convicting defendant upon his plea of guilty of the crime of attempted criminal possession of a weapon in the third degree.

The only issue raised on this appeal is whether the term "dangerous knife" contained in Penal Law § 265.01 (2) is so vague and indefinite as to render unconstitutional the statute under which defendant was indicted (Penal Law § 265.02 [1]).

According to defendant's argument, the Legislature's use of the modifier "dangerous" indicates that not all knives are subject to the statutory proscription and, in the absence of a specific definition of "dangerous knife" in the Penal Law, it cannot be determined with any degree of certainty what conduct is prohibited by the statute. In *Matter of Jamie D.* (59 NY2d 589), the Court of Appeals concluded that whether a knife comes within the scope of the statute can be determined on the basis of at least three alternative considerations: one, its own characteristics which show that it is primarily intended for use as a weapon; second, a modification which converts what would otherwise be a utensil into a weapon; and third, the circumstances of the possession which reveal that the possessor considers it a weapon and not an innocent utilitarian utensil *(see, supra,* at 592, 594). In light of this construction of the statute, defendant's argument must be rejected.

Judgment affirmed. Mahoney, P. J., Casey, Weiss, Mercure and Harvey, JJ., concur.